# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| QUINN, WILLIAM J | |
| 3944 RICHMOND ST | Case No.   PE70   2072601 etal. |
| | USM No.   2015-M-0085 |
| PHILADELPHIA, PA 19137 | n/a |
| | Defendant's Attorney |

**THE DEFENDANT:** QUINN, WILLIAM J

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38 CFR 1.218(b)11 | Disorderly Conduct | 1/22/2015 | 1 |
| 38 CFR 1.218(b)11 | Disorderly Conduct | 1/22/2015 | 2 |
| 18 CFR 1.218(b)30 | Failure to Stop for Stop Sign | 1/22/2015 | 3 |
| 18 CFR 1.218(b)33 | Reckless Operation of Motor Vehicle | 1/22/2015 | 4 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $725.00 | $ | $ 625.00 | $ 100.00 |

Last Four Digits of Defendant's Soc. Sec. No.: ▓▓

Defendant's Year of Birth: ▓▓

City and State of Defendant's Residence:
PHILADELPHIA, PA

January 22, 2015
Date of Imposition of Judgment

_/s/_
Signature of Judge

JACOB P. HART, USMJ
Name and Title of Judge

1/22/2015
Date